UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRYL LYNN NICKERSON, | § | |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3786 |
| LORIE DAVIS, | § § | |
| Respondent. | § § | |

# FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is DISMISSED without prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 21st day of February, 2018.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1